## UNITED STATES v. PETERCUSKIE.

### No. 6981.

Circuit Court of Appeals, Third Circuit.

March 21, 1939.

Joseph P. Brennan, Asst. U. S. Atty., of Scranton, Pa.

Joseph F. Tedesco, of Scranton, Pa., for appellee.

Before BIGGS, MARIS, and CLARK, Circuit Judges.

PER CURIAM.

The record of this case discloses that a jurisdictional fact (18 U.S.C. § 601, 18 U.S.C.A. § 601) raised by the petition was denied by the answer and that the question presented was resolved in petitioner's favor without evidence in respect thereto being offered to the court. This was error. Accordingly the order appealed from is reversed and the cause is remanded with directions to the court below to hear and determine upon its merits the question raised by the petition and answer.